UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| STEVEN HORTON,<br><br>    Plaintiff,<br><br>vs.<br><br>MICHAEL J. ASTRUE,<br>Commissioner of Social Security,<br><br>    Defendant | Civil No. 2:08-CV-1692-CRD<br><br><br>ORDER FOR REMAND |

    Based on the stipulation of the parties, it is hereby ORDERED that the above-captioned case be reversed and remanded for a de novo hearing and further administrative proceedings, including but not limited to the following: the administrative law judge will re-assess and clarify the findings regarding Plaintiff's medical impairments, including the right knee impairment; re-evaluate whether Plaintiff can perform his past relevant work, and; if necessary, continue to

Page 1    ORDER - [2:08-CV-1692-CRD]

step 5 of the sequential evaluation process and obtain vocational expert testimony to determine whether Plaintiff can perform other jobs in the national economy and resolve any conflicts between the jobs identified and the occupational evidence provided.

This remand is pursuant to sentence four of 42 U.S.C. § 405(g). Upon proper presentation, this Court will consider Plaintiff's application for costs and attorney's fees under 28 U.S.C. § 2412(d) and 42 U.S.C. § 406(b).

DATED this 13th day of April, 2009.

/s/ Carolyn R. Dimmick
Carolyn R. Dimmick
United States District Judge

Presented by:

s/ THOMAS M. ELSBERRY
Special Assistant U.S. Attorney
Office of the General Counsel
701 Fifth Ave, Ste 2900
Seattle, WA 98104
Phone: (206) 615-2112
Fax: (206)615-2531
thomas.elsberry@ssa.gov

Page 2     ORDER - [2:08-CV-1692-CRD]